AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

RECEIVED
2011 OCT 12 P 3:10
CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| Jane Doe <br> *Plaintiff* <br> v. <br> Linda Howard, Russell Howard <br> *Defendant* | Civil Action No. 1:11cv1105 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Linda Howard
1028 Walter Reed Dr., Apt. 634
Arlington, VA 22204

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Daniel E. Chudd
(VA Bar No. 65335)
Jenner & Block LLP
1099 New York Av., N.W., Suite 900
Washington, DC 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____       _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

RECEIVED

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2011 OCT 12 P 3: 10

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| Jane Doe | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:11 CV 1105 |
| Linda Howard, Russell Howard | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Russell Howard
1028 Walter Reed Dr., Apt. 634
Arlington, VA  22204

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Daniel E. Chudd
(VA Bar No. 65335)
Jenner & Block LLP
1099 New York Av., N.W., Suite 900
Washington, DC 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

COPY

Date: _____   _____
*Signature of Clerk or Deputy Clerk*