**IN THE UNITED STATES DISTRICT COURT**   **FILED**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

2011 OCT 19 P 2: 22

CLERK US DISTRICT COURT
ALEXANDRIA. VIRGINIA

|  |  |
|---|---|
| JANE DOE<br>c/o Jenner & Block LLP<br>1099 New York Avenue, NW<br>Suite 900<br>Washington, DC 20001 | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:11 CV-1105<br>) |
| Plaintiff,<br>v. | )<br>)<br>) |
| LINDA HOWARD<br>RUSSELL HOWARD<br>Arlington, VA 22204 | )<br>)<br>)<br>) |
| Defendants. | )<br>)<br>)<br>) |

## NOTICE OF ENTRY OF APPEARANCE

The Clerk of Court will kindly note the appearance of Sarah A. Maguire, Esquire of the

law firm of Jenner & Block LLP as counsel for Plaintiff-Jane Doe.

Dated: October 19, 2011                  Respectfully submitted,

*Sarah Ann Maguire*

Sarah A. Maguire, Virginia Bar No. 71232
Jenner & Block LLP
1099 New York Avenue, N.W., Suite 900
Washington, D.C. 20001
Phone: (202) 637-6357
Fax: (202) 661-4916
smaguire@jenner.com
*Attorney for Plaintiff-Jane Doe*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 19th day of October, 2011, I caused to be served by Certified

Mail a copy of the Plaintiff's Notice of Entry of Appearance upon the following:

LINDA HOWARD
RUSSELL HOWARD
1028 Walter Reed Dr. Apt. 634
Arlington, VA 22204

_Sarah Ann Maguire_

Sarah A. Maguire
Counsel for Plaintiff Jane Doe

2