**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| JANE DOE, ) | |
| ) | |
|            Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 1:11-cv-1105 |
| ) | |
| LINDA HOWARD ) | |
| ) | |
| and ) | |
| ) | |
| RUSSELL HOWARD, ) | |
| ) | |
|            Defendants. ) | |

## <u>ORDER</u>

Before the Court is Plaintiff's Motion to Commence and Proceed Using a Pseudonym (Dkt. No. 5).

Having considered the Plaintiff's Motion, and good cause appearing therefore, it is hereby

ORDERED that Plaintiff's Motion to Commence and Proceed Using a Pseudonym is hereby GRANTED in part and DENIED in part.

Plaintiff's request that all court papers be filed under the fictitious name, "Jane Doe," and that Plaintiff be permitted to redact court papers to conceal her name and any other identifying information is GRANTED.

The Court further ORDERS that the parties, their counsel, and any expert witnesses who may be consulted or designated by the parties are to maintain the confidentiality of the Plaintiff Jane Doe's identity and shall not disclose the Plaintiff's identity to non-parties.

Plaintiff's request to exclude the public from all Court proceedings in which Plaintiff makes a personal appearance is DENIED without prejudice.


November 9, 2011
Alexandria, Virginia


_____ /s/
Liam O'Grady
United States District Judge