AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

FILED

2011 NOV 14 A 9: 55

CLERK ... DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| Jane Doe | ) | |
| _Plaintiff_ | ) | |
| v. | ) | Civil Action No. 1:11cv1105 |
| Linda Howard, Russell Howard | ) | |
| _Defendant_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ Russell Howard
1028 Walter Reed Dr., Apt. 634
Arlington, VA 22204

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Daniel E. Chudd
(VA Bar No. 65335)
Jenner & Block LLP
1099 New York Av., N.W., Suite 900
Washington, DC 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/12/11

_Signature of Clerk or Deputy Clerk_

## AFFIDAVIT OF PROCESS SERVER

### United States District Court for the Eastern District of Virginia

Jane Doe

    Plaintiff(s),

VS.

Linda Howard, et al

    Defendant(s).

Attorney: Daniel E. Chudd

Jenner & Block LLP (DC)
1099 New York Ave., NW
Washington DC 20001

*51878*

**Case Number: 1:11CV1105**

Legal documents received by Same Day Process Service, Inc. on 10/13/2011 at 6:42 PM to be served upon **Russell Howard 1028 Walter Reed Dr., #634 Arlington VA 22204**

I, **Andres Virgen**, swear and affirm that on **October 25, 2011 at 4:05 PM**, I did the following:

Substitute Served Russell Howard by leaving a conformed copy of this Summons in a Civil Action; Notice; Complaint; Exhibits; Motion for Leave to File Under Permanent Seal; Memorandum of Points and Authorities in Support of Plaintiff's Motion for Leave to File Under Permanent Seal; [Proposed] Order Granting Plaintiff's Motion for Leave to File Under Permanent Seal; Motion to Commence and Proceed Using a Pseudonym; Memorandum of Points and Authorities in Support of Plaintiff's Motion to Commence and Proceed Using a Pseudonym; Exhibits; [Proposed] Order Granting Plaintiff's Motion to Commence Using a Pseudonym; Notice of Hearing; Motion to Continue Hearing Date; [Proposed] Order at 1028 Walter Reed Dr., #634 , Arlington, VA 22204, the within named person's usual place of residence, to a person residing therein who is at least 18 years of age or older and who stated that he/she resides therein with the defendant to wit: LINDA HOWARD, as Wife & Co-Resident and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female Age: 60 Height: 5'4"–5'8" Weight: 131–160 lbs Skin Color: White Hair Color: Blonde

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
Andres Virgen
Process Server

Same Day Process Service, Inc.
1219 11th St., NW
Washington DC 20001

(202)-398-4200

Internal Job ID:51078

District of Columbia: SS
Subscribed and Sworn to before me,

this 26th day of OCTOBER, 2011

_____
Michael Molean, Notary Public, D.C.
My commission expires July 14, 2012