# AFFIDAVIT OF PROCESS SERVER

### United States District Court for the Eastern District of Virginia    FILED

| | |
|---|---|
| **Jane Doe** | Attorney: Daniel E. Chudd |
| Plaintiff(s), | Jenner & Block LLP (DC)    2011 NOV 30 P 2: 10 |
| VS. | 1099 New York Ave., NW |
| | Washington DC 20001    CLERK US DISTRICT COURT |
| **Linda Howard, et al** | ALEXANDRIA, VIRGINIA |
| Defendant(s). | |



*51985*

**Case Number: 1:11CV1105**

*Legal documents* received by Same Day Process Service, Inc. on **11/14/2011** at **5:11 PM** to be served upon **Russell Howard 1028 Walter Reed Dr., #634 Arlington VA 22204**

I, **Dervin Romero**, swear and affirm that on **November 17, 2011 at 7:18 PM**, I did the following:

**Substitute Served Russell Howard** by leaving a conformed copy of this **Summons in a Civil Action; First Amended Complaint; Exhibits at 1028 Walter Reed Dr., #634 , Arlington, VA 22204**, the within named person's usual place of residence, to a person residing therein who is at least 18 years of age or older and who stated that he/she resides therein with the defendant to wit: **LINDA HOWARD, as Wife & Co-Resident** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female Age: 60 Height: 5'0"-5'3" Weight: 100-130 lbs Skin Color: White Hair Color: Blonde

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

| | |
|---|---|
| **Dervin Romero** | District of Columbia : ss |
| Process Server | Subscribed and Sworn to before me, |
| | this _13_ day of _November_ 9 |
| **Same Day Process Service, Inc.** | |
| **1219 11th St., NW** | |
| **Washington DC 20001** | Michael ____, Notary Public, D.C. |
| | My commission expires July 14, 2012 |
| **(202)-398-4200** | |
| Internal Job ID:51985 | |