### IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA ALEXANDRIA DIVISION

JANE DOE  Plaintiff,

v.

                                                  Case No. 1:11 CV 1105 LINDA HOWARD

RUSSELL HOWARD

        Defendants.

### AMENDED CERTIFICATE OF SERVICE

       I hereby certify that on December 30, 2011, a true and correct copy of the foregoing Notice of Withdrawal of Appearance was electronically filed.  As such, this notice was served on all parties who are deemed to have consented to electronic service.  I also caused to be served by U.S. Mail a copy of the Notice of Withdrawal of Appearance upon the following:

                LINDA HOWARD
                RUSSELL HOWARD
                1028 Walter Reed Dr. Apt. 634
                Arlington, VA 22204

                                                         /s/
                                                     Daniel E. Chudd