UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

JANE DOE,

                Plaintiff,

      v.

LINDA HOWARD and
RUSSELL HOWARD,

                Defendants.

Case No. 1:11-cv-1105

PLAINTIFF'S NOTICE OF RULE 26(F) MEETING

Plaintiff hereby notifies the Clerk of Court that counsel for Plaintiff Jane Doe and pro se

Defendant Linda Howard have agreed to meet by telephone on Wednesday, January 25, 2012, at

9:00 p.m., in accordance with Federal Rule of Civil Procedure 26(f).  The parties were unable to

schedule the Rule 26(f) meeting for an earlier date because Defendant Linda Howard was in

Australia from late December 2011 through early January 2012.  The parties will file their joint

Rule 26(f) Report as soon as possible following the Rule 26(f) meeting.

                Respectfully submitted,

Dated:    January 23, 2012      By        /s/
                      Daniel E. Chudd, Virginia Bar No. 65335

                      JENNER & BLOCK LLP
                      1099 New York Avenue, NW, Suite 900
                      Washington, DC 20001
                      Telephone:  202 639-6000
                      Fax:  202 639-6066

                      *Counsel for Plaintiff Jane Doe*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 23, 2012, a true and correct copy of the foregoing

Plaintiff's Notice of Rule 26(f) Meeting was electronically filed.  As such, this notice was served

on all parties who are deemed to have consented to electronic service.  I also caused to be served

by U.S. Mail and electronic mail a copy of the Plaintiff's Notice of Rule 26(f) Meeting upon the

following:


LINDA HOWARD
1028 Walter Reed Dr. Apt. 634
Arlington, VA 22204
howardl@state.gov
russlindy@gmail.com


RUSSELL HOWARD
1028 Walter Reed Dr. Apt. 634
Arlington, VA 22204
jackforhawks@gmail.com
russlindy@gmail.com


/s/

Daniel E. Chudd
Counsel for Plaintiff Jane Doe