UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

JANE DOE,

    Plaintiff,

  v.

LINDA HOWARD and
RUSSELL HOWARD,

    Defendants.

Case No. 1:11-CV-1105

REQUEST TO ENTER DEFAULT AGAINST
DEFENDANT RUSSELL HOWARD

TO:  THE CLERK OF THE COURT

Plaintiff hereby requests that the Clerk enter default in this matter against Defendant

Russell Howard pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to

plead or otherwise defend this action as fully appears from the court file herein and from the

attached Declaration of Daniel E. Chudd, attorney for Plaintiff.

Plaintiff served the Summons and Complaint on Defendant Russell Howard on October

25, 2011, by substitute service, as evidenced by the proof of service on file with this Court.  [Dkt

# 16] Declaration of Daniel E. Chudd ¶ 2.  Plaintiff served the Summons and First Amended

Complaint on Russell Howard on November 17, 2011, by substitute service, as evidenced by the

proof of service on file with this Court.  [Dkt # 26]  Plaintiff has also sent Russell Howard a

letter urging him to file a response and advising him that Plaintiff intended to seek a default

judgment.  *Id.* ¶ 5.  Neither Plaintiff nor the Court has granted Russell Howard any extensions of

time to respond to the Complaint or First Amended Complaint.  *Id.* ¶ 6.  Upon information and

belief, Mr. Howard is not an infant or incompetent person or currently in the U.S. military

service. *Id.* ¶ 9.


Dated:   February 8, 2012                    By   /s/ Daniel E. Chudd
                                                  Daniel E. Chudd (VA Bar No. 65335)
                                                  Sarah A. Maguire (VA Bar No. 71232)
                                                  Lorelie S. Masters (Pro Hac Vice)
                                                  Leah J. Tulin (Pro Hac Vice)
                                                  Maya D. Song (Pro Hac Vice)

                                                  JENNER & BLOCK LLP
                                                  1099 New York Avenue, NW
                                                  Suite 900
                                                  Washington, DC 20001
                                                  Telephone:  202 639-6000
                                                  Fax:  202 639-6066

                                                  *Attorneys for Plaintiff Jane Doe*

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2012, a true and correct copy of the foregoing Request To Enter Default Against Defendant Russell Howard and the accompanying Declaration of Daniel E. Chudd including its attachments was electronically filed. As such, this notice was served on all parties who are deemed to have consented to electronic service. I also caused to be served by U.S. Mail and electronic mail a copy of the Request To Enter Default Against Defendant Russell Howard and the accompanying Declaration of Daniel E. Chudd upon the following:

LINDA HOWARD
1028 Walter Reed Dr. Apt. 634
Arlington, VA 22204
howardl@state.gov
russlindy@gmail.com

RUSSELL HOWARD
1028 Walter Reed Dr. Apt. 634
Arlington, VA 22204
jackforhawks@gmail.com
russlindy@gmail.com

___/s/ Daniel E. Chudd_____

Daniel E. Chudd

*Counsel for Plaintiff Jane Doe*