IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

FILED
FEB 10 2012
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Jane Doe, )
 )
      Plaintiff, )
 )
v. )  CIVIL ACTION NO. 1:11cv1105
 )  (LO/TRJ)
Linda Howard, et al., )
 )
      Defendants. )

### ENTRY OF DEFAULT

In accordance with plaintiff's request to enter default and declaration in support of Daniel E. Chudd, the Clerk of this Court does hereby enter the default of defendant, Russell Howard, for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

The entry of default is in accordance with Rule 55(a) Federal Rules of Civil Procedure.

                              FERNANDO GALINDO
                              CLERK OF COURT

                              By: /s/
                              DEPUTY CLERK

Dated: February 10th, 2012