FILED

United States District Court

For the Eastern District of Virginia

2012 FEB 17 A 8: 43

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

Jane Doe             Civil Action No. 1=11 CV1105

Plaintiff             Under Seal

v.

Linda Howard

Defendant

Defendant Linda Howard moves to dismiss the Plaintiff's Claims for Relief in the Civil Action (# 1=11 CV 1105) for failure to state a claim pursuant to Fed. R. Civ. P. 12(b) (1) The federal jurisdiction of this case has not been established as plaintiff's claim for relief has not met the federal requirements.

Defendant Linda Howard moves to dismiss the Plaintiff's Claims for Relief in the Civil Action (# 1=11 CV 1105) for failure to state a claim pursuant to Fed. R. Civ. P. 12(b) (6) Based on the facts alleged in the complaint, there is no legal theory under which plaintiff can obtain relief.

*Linda Howard*

Linda Howard
1028 S. Walter Reed Dr. #634
Arlington, VA. 22204
russlindy@gmail.com