IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

JANE DOE

       Plaintiff,

v.

                                      Case No. 1:11 CV 1105

LINDA HOWARD
RUSSELL HOWARD

       Defendants.

**MOTION TO STRIKE DEFENDANT'S REQUEST TO DENY ENTRY OF DEFAULT AGAINST DEFENDANT RUSSELL HOWARD, OR IN THE ALTERNATIVE, FOR EXPEDITED DISCOVERY ON ISSUES RELATED TO SERVICE OF PROCESS**

Plaintiff, Jane Doe, by counsel, hereby moves this Court to strike the Request to Deny Entry of Default Against Defendant Russell Howard filed by Defendant Linda Howard. Because Linda Howard is not an attorney and is not entitled to represent her husband in federal court, the Request was improperly filed and should be stricken from the record.

In the alternative, Plaintiff hereby moves this Court to order expedited discovery on issues relating to service of process on Defendant Russell Howard and to extend the deadline for Plaintiff to respond to the Request to Deny Entry of Default Against Defendant Russell Howard until after such discovery has been completed.

In support of this motion, Plaintiff respectfully submits the attached Memorandum of Points and Authorities. Wherefore, Plaintiff respectfully requests that the Court:

1. Issue an Order striking from the record the Request to Deny Entry of Default Against Defendant Russell Howard filed by Defendant Linda Howard.

2. If the Court denies Plaintiff's motion to strike, issue an Order (a) permitting Plaintiff to conduct expedited discovery related to service of process on Mr. Howard, and (b) extending the deadline for Plaintiff to respond the Request to Deny Entry of Default Against Defendant Russell Howard until after such discovery has been completed.

3. Grant any other relief that this Court deems necessary and just.

Respectfully submitted,

Dated:  February 24, 2012            By:_____/s/ Daniel E. Chudd_____
                                            Daniel E. Chudd (VA Bar No. 65335)
                                            Sarah A. Maguire (VA Bar No. 71232)
                                            Lorelie S. Masters (*Pro Hac Vice*)
                                            Leah J. Tulin (*Pro Hac Vice*)
                                            Maya D. Song (*Pro Hac Vice*)

                                            JENNER & BLOCK LLP
                                            1099 New York Ave., N.W., Suite 900
                                            Washington, D.C. 20001
                                            Phone:  202-639-6000
                                            Fax:  202-639-6066

                                            *Counsel for Plaintiff Jane Doe*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 24, 2012, a true and correct copy of the foregoing Motion was electronically filed.  As such, this notice was served on all parties who are deemed to have consented to electronic service.  I also caused to be served by U.S. Mail and electronic mail a copy of the Motion upon the following:

LINDA HOWARD
1028 Walter Reed Dr. Apt. 634
Arlington, VA 22204
howardl@state.gov
russlindy@gmail.com


RUSSELL HOWARD
1028 Walter Reed Dr. Apt. 634
Arlington, VA 22204
jackforhawks@gmail.com
russlindy@gmail.com

           ___/s/ Daniel E. Chudd_____

           Daniel E. Chudd

           *Counsel for Plaintiff Jane Doe*