IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JANE DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 1:11-cv-1105 |
| ) | |
| LINDA HOWARD ) | |
| ) | |
| and ) | |
| ) | |
| RUSSELL HOWARD, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is Defendant Linda Howard's Motion to Dismiss pursuant to 12(b)(1) and (6) (Dkt. No. 38). For the reasons stated herein, the Court DENIES Defendant's motion.

The Court has subject-matter jurisdiction in this cause of action pursuant to 28 U.S.C. §§ 1331, 1367 and 18 U.S.C. §§ 3271, 1596.

The Court also finds that the Amended Complaint is sufficiently pled to satisfy the standards set forth in *Iqbal*[1] and *Twombly*.[2]

Although the answer that Defendant filed on December 2, 2011, (Dkt. No. 27), is labeled "Answer to Complaint," the Court will presume that the answer was intended in response to the Amended Complaint (Dkt. No. 18). If this was not Defendant's intent, she should notify the Court and file a new answer within 20 days from the date of this Order.

---

[1] *Ashcroft v. Iqbal*, --- U.S. ---, 129 S.Ct. 1937 (2009).

[2] *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007).

The Clerk is directed to forward copies of this Order to all counsel of record and to the Defendant at the address and email address below.

    Linda Howard
    1028 S. Walter Reed Dr. #634
    Arlington, VA 22204
    russlindy@gmail.com

It is so ORDERED.

March 27, 2012
Alexandria, Virginia

                /s/
            Liam O'Grady
            United States District Judge