UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

FILED
2012 APR -4  P 4: 19
CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

JANE DOE,
Plaintiff,

v.

LINDA HOWARD et al
Defendant

Case No. 1:11-cv-1105

Motion to Dismiss
Notice of hearing 20th April at 10 AM

I, Linda Howard request the court to dismiss case 1:11 CV1105 for the following reason:

Federal Rule of Civil Procedure Rule (19) failure to join the party.

My husband Russell Howard is not in the United States and has not been in the United States since June 2010.

The court has no jurisdiction over my husband since he is not a citizen of the United States and the alleged incidents claimed by the plaintiff did not occur in the United States. The alleged incidents did not occur between citizens of the United States.

Since Russell Howard is required to be joined and cannot be joined, Russell Howard is indispensible to the action. The court must determine whether, in equity and good conscience, the action should proceed.

Linda Howard
Howardl@state.gov
Russlindy@gmail.com
202-445-4932

United States District Court
Eastern District of Virginia
Alexandria Division

FILED
2012 APR -4 P 4: 19
CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

Jane Doe
Plaintiff

vs

Linda Howard
Defendant

Case No. 1:11-CV-1105

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing (1) Motion to Dismiss was mailed this (2) 4th day of April 2012 to (3) Daniel Chudd at (4) Jenner & Block @ (5) 1099 New York Ave N.W Suite 900, Washington D.C. 20001-4412

Linda Howard
Howardl@state.gov
Russlindy@gmail.com

202 445 4932