UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION



JANE DOE,
Plaintiff,

v.

LINDA HOWARD et al
Defendant

Case No. 1:11-cv-1105

Motion

I, Linda Howard request the court to dismiss case 1:11 CV1105 for the following reason:

Federal Rule of Civil Procedure Rule (19) failure to join the party.

Russell Howard is not in the United States and has not been in the United States since June 2010.

The court has no jurisdiction over Russell Howard. He is not a citizen of the United States; he does not reside in the United States; the alleged incidents claimed by the plaintiff did not occur in the United States and the alleged incidents did not occur between citizens of the United States.

Since Russell Howard is required to be joined and cannot be joined, Russell Howard is indispensible to the action. The court must determine whether, in equity and good conscience, the action should proceed.

I request this motion be heard on Friday, June 8, 2012 at 10 A.M.

*Linda Howard* (signature)

3/28/2012
Linda Howard
HowardL@state.gov
202 445 4932

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

JANE DOE,
Plaintiff,

v.

LINDA HOWARD et al
Defendant

Case No. 1:11-cv-1105

I, Linda Howard submit the following proof of service for the motion to dismiss under Federal Rule 19, was served to Daniel Chudd of the law firm Jenner and Block 1099 New York Ave N.W. Suite 900, Washington D.C. on the 28 day of March 2012 by Email.

*Linda Howard*

Linda Howard

HowardL@state.gov

202 445 4932

Howard
APO AA 34078