IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

JANE DOE

       Plaintiff,

v.

LINDA HOWARD
RUSSELL HOWARD

       Defendants.

Case No. 1:11 CV 1105

**PLAINTIFF'S EXHIBIT LIST PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(3)**

Pursuant to the Scheduling Order entered in this matter [Docket # 41] and Federal Rule of Civil Procedure 26(a)(3)(A)(iii), Plaintiff hereby identifies the following documents that Plaintiff expects to offer or may offer at trial in this matter.

Exhibits Plaintiff Expects to Offer

| Exhibit | Description | Bates |
|---|---|---|
| 1 | Employment Contract signed by Jane Doe and Linda Howard on 8/26/2008 | |
| 2 | 11/24/2008 email from Russell and Linda Howard (russlindy2003@yahoo.com) to Jane Doe, Subject: Visa for Japan | DoeProd000010 |
| 3 | 3/15/2009 email from Jane Doe to Roger Labbe (rglb@yahoo.com) | DoeProd000031 |
| 4 | 4/6/2009 email from Russell and Linda Howard (russlindy@gmail.com) to John Doe (Plaintiff's Husband) and Jane Doe, Subject: FW: hi | DoeProd000034 |
| 5 | 4/22/2009 email from Russell and Linda Howard (russlindy@gmail.com) to Jane Doe, Subject: Love from Russell and Linda | DoeProd000040 |
| 6 | 4/29/2009 email from Russell and Linda Howard (russlindy@gmail.com) to Jane Doe, Subject: More Love from Russell and Linda | DoeProd000050 |
| 7 | 6/21/2011 email from Russell Howard (jackforhawks@gmail.com) to John Doe (Plaintiff's Husband) and Jane Doe, Subject: Linda and Russell Howard | DoeProd000130-DoeProd000131 |
| 8 | 6/30/2011 email from Jane Doe to Russell Howard (jackforhawks@gmail.com), Subject: RE: Linda and Russell Howard | DoeProd000132-DoeProd000133 |
| 9 | 11/18/2009 email from Jane Doe to Mike Graham (mgraham@huntoil.com) | DoeProd000202-DoeProd000203 |

Exhibits Plaintiff May Offer

|   | Description | Bates |
|---|---|---|
| 1 | 4/11/2009 email from Aye to Roger Labbe (rglb@yahoo.com), Subject: Re: [Jane Doe] | DoeProd000036 |
| 2 | 4/22/2009 email from John Doe (Plaintiff's Husband) to Russell and Linda Howard (russlindy@gmail.com) and Jane Doe, Subject: Hi | DoeProd000039 |
| 3 | 4/22/2009 email from Jane Doe to Roger Labbe (rglb@yahoo.com), Subject: RE: Selam | DoeProd000041-DoeProd000042 |
| 4 | 4/23/2009 email from Roger Labbe to Jane Doe, forwarded to momy59h@yahoo.com on 4/29/2009, Subject: FW: RE: Selam | DoeProd000044-DoeProd000046 |
| 5 | 5/13/2009 email from Russell and Linda Howard (russlindy@gmail.com) to John Doe (Plaintiff's Husband) and Jane Doe, Subject: RE: hi | DoeProd000051 |
| 6 | 6/16/2009 email from Jane Doe to Janice McPherson (a_rare_jewel@hotmail.com), Subject: RE: Janice: My email address | DoeProd000064 |
| 7 | 6/20/2009 email from Jane Doe to Janice McPherson (a_rare_jewel@hotmail.com), Subject: RE: Janice: My email address | DoeProd000068-DoeProd000069 |
| 8 | 6/27/2009 email from Jane Doe to Janice McPherson (a_rare_jewel@hotmail.com), Subject: RE: Janice: My email address | DoeProd000074-DoeProd000077 |
| 9 | 10/26/2009 email from Mike Graham (Mgraham@huntoil.com) to Jane Doe, Subject: RE: Warm Greetings! | DoeProd000106-DoeProd000107 |
| 10 | 5/30/2009 email from Russell and Linda Howard (russlindy@gmail.com) to John Doe (Plaintiff's Husband) and Jane Doe, forwarded to Margalit Murray-Rosanoff on 1/5/2010, Subject: RE: hi | DoeProd000121 |
| 11 | John Doe (Plaintiff's Husband) bank account ledger | DoeProd000137-DoeProd000138 |
| 12 | 6/30/2009 Letter from Jane Doe to Amnesty International and the UN Human Rights Council (Ethiopian) | DoeProd000140-DoeProd000143 |
| 13 | Letter from Special Agent Richard Volpe to Ms. Miyamoto | DoeProd000148 |

3

|    | Description | Bates |
|----|-------------|-------|
| 14 | 6/30/2009 Letter from Jane Doe to Amnesty International and the UN Human Rights Council (English translation) | DoeProd000151-DoeProd000155 |
| 15 | 12/14-12/15/2008 Jane Doe Itinerary from Addis Ababa to Tokyo | DoeProd000156 |
| 16 | Photo of Russell Howard, Linda Howard, and Ross Edison | LHowardProd000036 |

Respectfully submitted,

Dated: June 20, 2012        By: /s/ Daniel E. Chudd
　　　　　　　　　　　　　　　　　Daniel E. Chudd (VA Bar No. 65335)
　　　　　　　　　　　　　　　　　Sarah A. Maguire (VA Bar No. 71232)
　　　　　　　　　　　　　　　　　Lorelie S. Masters (*Pro Hac Vice*)
　　　　　　　　　　　　　　　　　Leah J. Tulin (*Pro Hac Vice*)
　　　　　　　　　　　　　　　　　Maya D. Song (*Pro Hac Vice*)
　　　　　　　　　　　　　　　　　Chavi Keeney Nana (*Pro Hac Vice*)

　　　　　　　　　　　　　　　　　JENNER & BLOCK LLP
　　　　　　　　　　　　　　　　　1099 New York Ave., N.W., Suite 900
　　　　　　　　　　　　　　　　　Washington, DC  20001
　　　　　　　　　　　　　　　　　Phone:  202-639-6000
　　　　　　　　　　　　　　　　　Fax:  202-639-6066

　　　　　　　　　　　　　　　　　*Counsel for Plaintiff Jane Doe*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2012, a true and correct copy of the foregoing Plaintiff's Exhibit List was electronically filed. As such, this notice was served on all parties who are deemed to have consented to electronic service. On June 20, 2012, I also caused to be served by electronic mail and by U.S. Mail, a copy of the Exhibit List upon the following:

LINDA HOWARD
1028 Walter Reed Dr. Apt. 634
Arlington, VA 22204
lhowardhawk@gmail.com
howardl@state.gov
russlindy@gmail.com

RUSSELL HOWARD
1028 Walter Reed Dr. Apt. 634
Arlington, VA 22204
jackforhawks@gmail.com
russlindy@gmail.com

/s/ Daniel E. Chudd
DANIEL E. CHUDD (VA Bar No. 65335)

Attorney for Plaintiff Jane Doe