**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

JANE DOE

       Plaintiff,

v.

                                      Case No. 1:11 CV 1105

LINDA HOWARD
RUSSELL HOWARD

       Defendants.

**PLAINTIFF'S LIST OF WITNESSES AND CONTACT INFORMATION PURSUANT TO FEDERAL RULE OF PROCEDURE 26(a)(3)**

       Pursuant to the Scheduling Order governing this case, Plaintiff hereby provides a list of witnesses whom Plaintiff at this time expects to call as part of her case-in-chief against Defendant Linda Howard. Plaintiff also includes in this witness list those individuals whom Plaintiff may call if their testimony would be responsive to testimony or evidence offered by Defendant Linda Howard during her case. Plaintiff reserves her right to amend or supplement this list as may be warranted in light of the evidence adduced by Defendant, and Plaintiff may choose not to call each witness listed below.

**A.  Witnesses Whom Plaintiff Intends To Call At Trial**

    1.    Florrie Burke
           708 Greenwich Street, Apt. 4B
           New York, NY 10014
           (917) 747-3040

    2.    Jane Doe (Plaintiff)
           Contact through Plaintiff's counsel.

    3.      John Doe (Husband of Plaintiff)
             Contact through Plaintiff's counsel.

    4.      Richard Volpe
             U.S. Department of the Interior
             Bureau of Land Management
             Salt Lake Field Office
             2370 South 2300 West
             Salt Lake City, UT 84119
             (435) 659-8916

**B.**    **Witnesses Whom Plaintiff May Call At Trial**

Plaintiff may call the following witnesses at trial. Whether they are called will depend on the nature and amount of testimony and evidence offered by Defendant Linda Howard.

    5.      Roger Labbé
             112 Gagné Street
             Thetford Mines, Qc
             Canada
             G6G 4G3
             (418) 335-0925

    6.      Michael Graham
             General Manager
             Jannah Hunt Oil Company
             Sana'a, Republic of Yemen
             011-967-1-414060

    7.      Linda Howard (Defendant)
             Address and Phone Number currently unknown
             russlindy@gmail.com

    8.      Janice McPherson
             a_rare_jewell@hotmail.com[1]

---

[1] Plaintiff does not have Janice McPherson's current address or telephone number at this time. Plaintiff is undertaking efforts to obtain this information, and will file a supplemental witness list containing this information when it is learned.

Respectfully submitted,

Dated: June 20, 2012        By:  /s/ Daniel E. Chudd
                                        Daniel E. Chudd (VA Bar No. 65335)
                                        Sarah A. Maguire (VA Bar No. 71232)
                                        Lorelie S. Masters (*Pro Hac Vice*)
                                        Leah J. Tulin (*Pro Hac Vice*)
                                        Maya D. Song (*Pro Hac Vice*)
                                        Chavi Keeney Nana (*Pro Hac Vice*)

                                        JENNER & BLOCK LLP
                                        1099 New York Ave., N.W., Suite 900
                                        Washington, DC  20001
                                        Phone:  202-639-6000
                                        Fax:  202-639-6066

                                        *Counsel for Plaintiff Jane Doe*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2012, a true and correct copy of the foregoing Plaintiff's List of Witnesses was electronically filed.  As such, this notice was served on all parties who are deemed to have consented to electronic service.  On June 20, 2012, I also caused to be served by electronic mail and by U.S. Mail, a copy of the List of Witnesses upon the following:

LINDA HOWARD
1028 Walter Reed Dr. Apt. 634
Arlington, VA 22204
lhowardhawk@gmail.com
howardl@state.gov
russlindy@gmail.com


RUSSELL HOWARD
1028 Walter Reed Dr. Apt. 634
Arlington, VA 22204
jackforhawks@gmail.com
russlindy@gmail.com


/s/ Daniel E. Chudd
DANIEL E. CHUDD (VA Bar No. 65335)

Attorney for Plaintiff Jane Doe