**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

JANE DOE

      Plaintiff,

v.

LINDA HOWARD
RUSSELL HOWARD

      Defendants.

Case No. 1:11 CV 1105

## NOTICE OF JURY WAIVER

Plaintiff Jane Doe hereby waives her right to a jury trial in this matter and consents to a bench trial in front of a magistrate judge.

Respectfully submitted,

Dated: August 2, 2012

By: /s/ Daniel E. Chudd
Daniel E. Chudd (VA Bar No. 65335)
Sarah A. Maguire (VA Bar No. 71232)
Lorelie S. Masters (*Pro Hac Vice*)
Leah J. Tulin (*Pro Hac Vice*)
Maya D. Song (*Pro Hac Vice*)
Chavi Keeney Nana (*Pro Hac Vice*)

JENNER & BLOCK LLP
1099 New York Ave., N.W., Suite 900
Washington, DC  20001
Phone:  202-639-6000
Fax:  202-639-6066

*Counsel for Plaintiff Jane Doe*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2012, a true and correct copy of the foregoing Notice Of Jury Waiver was electronically filed. As such, this notice was served on all parties who are deemed to have consented to electronic service. On August 2, 2012, I also caused to be served by electronic mail and by U.S. Mail, a copy of the Notice Of Jury Waiver upon the following:

LINDA HOWARD
1028 Walter Reed Dr. Apt. 634
Arlington, VA 22204
lhowardhawk@yahoo.com

RUSSELL HOWARD
1028 Walter Reed Dr. Apt. 634
Arlington, VA 22204
russlindy@gmail.com

/s/ Daniel E. Chudd
DANIEL E. CHUDD (VA Bar No. 65335)

Attorney for Plaintiff Jane Doe