IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number **1:11 CV 1105**, Case Name **JANE DOE v. LINDA HOWARD, ET AL.**
Party Represented by Applicant: **JANE DOE**

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) **MARTINA ELIZABETH VANDENBERG**
Bar Identification Number **476685**   State **DC**
Firm Name **Solo**
Firm Phone # **202-716-8485**   Direct Dial # **202-721-5652**   FAX #
E-Mail Address **martina.vandenberg470@hotmail.com**
Office Mailing Address **c/o 1730 PENNSYLVANIA AVE, NW STE 700 WASHINGTON, DC 20006**
Name(s) of federal court(s) in which I have been admitted **US SUPREME COURT, US COURT OF APPEALS FOR THE D.C. CIRCUIT, USDDC, USD-MD**

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not **X** a full-time employee of the United States of America, and if so, request exemption from the admission fe

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)   **8/7/12** (Date)
**Julie M. Carpenter** (Typed or Printed Name)   **30421** (VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ *or* Exemption Granted _____

The motion for admission is GRANTED _____ *or* DENIED _____

_____   _____
(Judge's Signature)   (Date)

**CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2012, a true and correct copy of the foregoing Application To Qualify As A Foreign Attorney Under Local Civil Rule 83.1(D) by Martina Vandenberg was electronically filed. As such, this notice was served on all parties who are deemed to have consented to electronic service. I also caused to be served by U.S. Mail a copy of the Application To Qualify As A Foreign Attorney Under Local Civil Rule 83.1(D) by Martina Vandenberg upon the following:

LINDA HOWARD
RUSSELL HOWARD
1028 Walter Reed Dr. Apt. 634
Arlington, VA 22204

lhowardhawk@yahoo.com
Russlindy@gmail.com

_____/s/_____
Julie M. Carpenter