# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

JANE DOE

       Plaintiff,

v.

                                              Case No. 1:11 CV 1105

LINDA HOWARD
RUSSELL HOWARD

       Defendants.

## MOTION BY CHAVI KEENEY NANA TO WITHDRAW AS COUNSEL FOR PLAINTIFF

In accordance with Local Rule 83.1(G), Plaintiff Jane Doe hereby respectfully moves the Court to permit the withdrawal of Chavi Keeney Nana as counsel for Mrs. Doe in this matter. Ms. Nana is leaving the firm of Jenner & Block LLP.

Daniel E. Chudd, Lorelie S. Masters, Martina E. Vandenberg, and Maya D. Song will continue to represent Mrs. Doe in this case. Mr. Chudd, Ms. Masters, and Ms. Song are attorneys at the firm of Jenner & Block LLP, which will continue to represent Mrs. Doe. Mr. Chudd is a member in good standing of the Bar of this Court.

Respectfully submitted,

Dated: August 10, 2012    By: /s/ Daniel E. Chudd
                                                   Daniel E. Chudd (VA Bar No. 65335)
                                                   Sarah A. Maguire (VA Bar No. 71232)
                                                   Lorelie S. Masters (*Pro Hac Vice*)
                                                   Leah J. Tulin (*Pro Hac Vice*)
                                                   Maya D. Song (*Pro Hac Vice*)
                                                   Chavi Keeney Nana (*Pro Hac Vice*)

                                                   JENNER & BLOCK LLP
                                                   1099 New York Ave., N.W., Suite 900
                                                   Washington, DC 20001
                                                   Phone: 202-639-6000
                                                   Fax: 202-639-6066

                                                   *Counsel for Plaintiff Jane Doe*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 10, 2012, a true and correct copy of the foregoing Motion of Chavi Keeney Nana to Withdraw as Counsel for Plaintiff was electronically filed. As such, this notice was served on all parties who are deemed to have consented to electronic service. On August 10, 2012, I also caused to be served by electronic mail and by U.S. Mail, a copy of the Motion of Chavi Keeney Nana to Withdraw as Counsel for Plaintiff upon the following:

LINDA HOWARD
1028 Walter Reed Dr. Apt. 634
Arlington, VA 22204
lhowardhawk@yahoo.com

RUSSELL HOWARD
1028 Walter Reed Dr. Apt. 634
Arlington, VA 22204
russlindy@gmail.com

/s/ Daniel E. Chudd
DANIEL E. CHUDD (VA Bar No. 65335)

Attorney for Plaintiff Jane Doe