5

016H16503500
$00.45
Mailed From 22314
08/06/2012
US POSTAGE
Hasler

NIXIE 770 5E 1 SENDER CO 08/10/12
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 223145/9899 *2154-21159-06-44

RECEIVED
MAILROOM

AUG 1 3 2012

CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

22314@5798

22204@0626

OFFICE OF
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
401 COURTHOUSE SQUARE
ALEXANDRIA, VIRGINIA 22314-5798

OFFICIAL BUSINESS

Linda Howard
1028 S. Walter Reed Dr. #634
Arlington, VA 22204

---

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

---

JANE DOE

    Plaintiff,

v.

LINDA HOWARD
RUSSELL HOWARD

    Defendants.

Case No. 1:11 CV 1105

---

## ORDER

It is hereby ordered that Plaintiff Jane Doe's Exhibit List (Docket No. 100) shall be replaced by an Amended Exhibit List that includes the Expert Report of Florence R. Burke.

Dated: 8/6/12

/s/
Liam O'Gr— District Judge
United States District Judge

```
MIME-Version:1.0
From:cmecf@vaed.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: Julie Moore Carpenter (docketing@jenner.com,
jcarpenter@jenner.com), Daniel Edward Chudd (cnana@jenner.com, dchudd@jenner.com,
docketing@jenner.com, ltulin@jenner.com, msong@jenner.com, smaguire@jenner.com),
Magistrate Judge Thomas Rawles Jones, Jr (christina_tate@vaed.uscourts.gov,
judge_jones@vaed.uscourts.gov, nathaniel_canfield@vaed.uscourts.gov,
pat_campbell@vaed.uscourts.gov, rawlesjones@gmail.com,
trj_chambers@vaed.uscourts.gov), District Judge Liam O'Grady
(diane_wood@vaed.uscourts.gov, lo_chambers@vaed.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:<4100373@vaed.uscourts.gov>
Subject:Activity in Case 1:11-cv-01105-LO-TRJVAED Doe v. Howard et al Order on
Motion to Amend/Correct
Content-Type: text/html
```

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## Eastern District of Virginia -

### Notice of Electronic Filing

The following transaction was entered on 8/6/2012 at 2:49 PM EDT and filed on 8/6/2012
**Case Name:**      Doe v. Howard et al
**Case Number:**    1:11-cv-01105-LO-TRJ
**Filer:**
**Document Number:** 118

**Docket Text:**
**ORDER that Pltf Jane Doe's Exhibit List (Docket No. 100) shall be replaced by an Amended Exhibit List that includes the Expert Report of Florence R. Burke. Signed by District Judge Liam O'Grady on 08/06/12. (pmil)**

**1:11-cv-01105-LO-TRJ Notice has been electronically mailed to:**

Daniel Edward Chudd     dchudd@jenner.com, cnana@jenner.com, docketing@jenner.com, ltulin@jenner.com, msong@jenner.com, smaguire@jenner.com

Julie Moore Carpenter     jcarpenter@jenner.com, docketing@jenner.com

**1:11-cv-01105-LO-TRJ Notice has been delivered by other means to:**

Linda Howard
1028 S. Walter Reed Dr. #634
Arlington, VA 22204

Sarah Ann Maguire
Jenner & Block LLP
1099 New York Ave, NW
Suite 900
Washington, DC 20001-4412

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091796605 [Date=8/6/2012] [FileNumber=4100371-0]
[05372815d440eae97848d473c1f6f746589490c872e2dc1bb69c9b2db7279be814ff
2d61e1eecfd90934e05e9f76efabce8cdbed9ae80dcd1ecfb557e126888c]]