

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Alexandria Division**

| | | |
|---|---|---|
| JANE DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 1:11-cv-1105 |
| | ) | |
| LINDA HOWARD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is the Report and Recommendation of the Magistrate Judge dated August 7, 2012, recommending entry of a default judgment against Linda and Russell Howard ("Defendants") (Dkt. No. 119). Defendants have not filed any objections to the Report and Recommendation.

The Court conducted a *de novo* review of the evidence in this case and adopts and incorporates the findings and recommendation of the Magistrate Judge.[1] Accordingly, it is hereby

ORDERED that Defendants are liable for involuntary servitude in violation of 18 U.S.C. § 1584; forced labor in violation of 18 U.S.C. § 1589; trafficking with respect to forced labor or involuntary servitude in violation of the Trafficking Victims Protection Act of 2000, which is the subject of 18 U.S.C. §§ 1584, 1589, and 1590; Conspiracy in violation of 18 U.S.C. § 1594 and civil conspiracy in violation of common law; and unjust enrichment. It is further

ORDERED that Defendant Russell Howard is additionally liable for obstructing enforcement in violation of 18 U.S.C. § 1590(b).

---

[1] The subsequent damages Order contains a more thorough discussion of the facts as they relate to each of the Counts within the Amended Complaint.

The Court held a trial as to the amount of damages suffered in relation to Defendants' potential liability on August 8, 2011. The Court's ruling on damages will be the subject of a subsequent order.

September __, 2012
Alexandria, Virginia


/s/
Liam O'Grady
United States District Judge