RECEIVED
MAILROOM

SEP - 6 2012

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

OFFICE OF
**CLERK, U.S. DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**401 COURTHOUSE SQUARE**
**ALEXANDRIA, VIRGINIA 22314-5798**

OFFICIAL BUSINESS

Moved

11cv1105

016H16503500

Hasler

$00.45⁰
08/22/2012
Mailed From 22314
US POSTAGE

Linda Howard
1028 S. Walter Reed Dr. #634
Arlington, VA 22204

NIXIE        220   DE  1      00 08/28/12
            RETURN  TO SENDER
         INSUFFICIENT ADDRESS
            UNABLE  TO FORWARD
BC:  22314579899      *1892-07716-22-44

22314@5708

Linda Howard
1028 S. Walter Reed Dr. #634
Arlington, VA 22204

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

JANE DOE,                            )
                                     )
            Plaintiff,               )
                                     )
    v.                               )          Civil Action No.  1:11cv1105
                                     )
LINDA HOWARD                         )
RUSSELL HOWARD,                      )
                                     )
            Defendant.               )
_____ )

ORDER

For good cause shown, it is ORDERED that the motion (No. 123) of Chavi Keeney Nana

to withdraw as counsel for plaintiff is GRANTED.

ENTERED this 22nd day of August, 2012.

_____/s/_____
Thomas Rawles Jones, Jr.
United States Magistrate Judge

Alexandria, Virginia