UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

JANE DOE,

        Plaintiff,

  v.

LINDA HOWARD and
RUSSELL HOWARD,

        Defendants.

Case No. 1:11-cv-1105

## STATUS REPORT AND NOTICE OF SETTLEMENT OF JUDGMENT

Plaintiff, Jane Doe, hereby notifies the Court that the parties have reached a mutually

acceptable settlement of the Judgment in this matter.  Pursuant to that agreement, Plaintiff is

notifying this Court that the Judgment has been satisfied.

Respectfully submitted,


Dated:  August 21, 2015      By:  /s/ Daniel E. Chudd
                          Daniel E. Chudd (VA Bar No. 65335)

                          JENNER & BLOCK LLP
                          1099 New York Ave., N.W., Suite 900
                          Washington, DC  20001
                          Phone:  202-639-6000
                          Fax:  202-639-6066

                          *Counsel for Plaintiff Jane Doe*

# CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2015, a true and correct copy of the foregoing

Status Report and Notice of Settlement was electronically filed. As such, this notice was

served on all parties who are deemed to have consented to electronic service. On August

21, 2015, I also caused to be served by electronic mail a copy of the Status Report and

Notice of Settlement upon Linda Howard through her attorney as follows:


Nick Sevdalis
Sevdalis Lawyers & Conveyancers
328 Bay Street
Port Melbourne, VIC 3207
law@sevdalis.com.au


/s/ Daniel E. Chudd
DANIEL E. CHUDD (VA Bar No. 65335)

Attorney for Plaintiff Jane Doe